UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERA LEE NICHOLSON,<br><br>        Petitioner,<br><br>    v.<br><br>D. K. JOHNSON,<br><br>        Respondent. | 1:13-cv-01856-SKO (HC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

    Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28 U.S.C. § 2254.

    The petitioner is challenging a conviction from Sacramento County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the petition should have been filed in the Sacramento Division.

    Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division. Good cause appearing, IT IS HEREBY ORDERED that:

    1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

1    2.  All future filings shall reference the new Sacramento case number assigned and shall
2 be filed at:
3            United States District Court
           Eastern District of California
4            501 "I" Street, Suite 4-200
           Sacramento, CA 95814

IT IS SO ORDERED.

Dated:   **November 19, 2013**                     **/s/ Sheila K. Oberto**
                                                                     UNITED STATES MAGISTRATE JUDGE