UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERA LEE NICHOLSON, | No. 2:13-cv-02407 DAD P |
| Petitioner, | |
| v. | ORDER |
| D. K. JOHNSON, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

Petitioner has also filed with this court a notice of appeal and application for a certificate of appealability, both of which are directed to the misnamed U.S. District Court for the Central District of California, Eastern Division. Petitioner is advised that a certificate of appealability and notice of appeal may be filed with this court at the conclusion of petitioner's federal habeas action should petitioner seek an appeal from this court's final order. Such filings do not apply at this stage of the proceedings. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

/////

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed;

2. Petitioner's November 15, 2013 application for certificate of appealability and notice of appeal (ECF Nos. 2 & 3) shall be placed in the file and disregarded; and

3. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated: November 25, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kly/4
nich2407.101a